# Court of Appeals, State of Michigan

## ORDER

People of MI v Clarence Edward Ross

Docket No. 321353

LC No. 2012-001925 FC

Jane M. Beckering
Presiding Judge

Jane E. Markey

Douglas B. Shapiro
Judges

---

The Court orders that the May 24, 2018 opinion is hereby AMENDED to correct a clerical error. The name Edward Clarence Ross is amended to read Clarence Edward Ross.

In all other respects, the May 24, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 3 0 2018

Date

Chief Clerk